IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation,<br><br>      Plaintiffs,<br><br>vs.<br><br>TELLME NETWORKS, INC., a Delaware corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C. A. No. _____<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Nuance Communications, Inc. hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Phonetic Systems Ltd. hereby states that Nuance Communications, Inc. is its parent corporation, and that no other publicly held corporation owns more than 10% of its stock.

OF COUNSEL:
Mark A. Samuels
Mark C. Scarsi
Jeffrey A. Fehervari
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Dated: February 17, 2006

/s/ Frederick L. Cottrell
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys for Plaintiffs Nuance Communications, Inc. and Phonetic Systems Ltd.*

RLF1-2981348-1