## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NUANCE COMMUNICATIONS, INC., a )
Delaware corporation, and PHONETIC )
SYSTEMS LTD., an Israeli corporation, )
)
                              Plaintiffs, )
)
               vs. )    C. A. No. _____06   105_____
)
TELLME NETWORKS, INC., a Delaware )
corporation, )    **JURY TRIAL DEMANDED**
)
                            Defendant. )

TO:    Tellme Networks, Inc.
         c/o The Corporation Trust Company
         1209 Orange Street
         Wilmington, DE 19801

         YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY
         **Frederick L. Cottrell, III, Esquire**
         **Richards, Layton & Finger**
         **One Rodney Square**
         **Wilmington, DE 19899**
         **(302) 651-7700**

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_PETER T. DALLEO_____    _FEB 17 2006_____
CLERK                                                     DATE

_Evelle Watson_____
(By) DEPUTY CLERK

RLF1-2981352-1

· AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>2/17/06 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): SERVED: TELLME NETWORKS, INC. C/O THE CORPORATION TRUST CO AT 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA (PROCESS AGENT)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/17/06
               Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure