IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-105-SLR |
| TELLME NETWORKS, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant to move, answer or otherwise plead in response to the Complaint is extended until March 31, 2006.

RICHARD LAYTON & FINGER

*/s/ Gregory E. Stuhlman*

Frederick L. Cottrell, III (#2555)
Gregory E. Stuhlman (#4765)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
*Attorneys for Plaintiffs Nuance Communications, Inc. and Phonetic Systems Ltd.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899
(302) 658-200
*Attorneys for Defendant Tellme Networks, Inc.*

SO ORDERED this _____ day of March, 2006.

_____
United States District Court Judge