IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS INC., and PHONETIC SYSTEMS LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-105-SLR |
| TELLME NETWORKS, INC., | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT TELLME NETWORKS, INC.'S MOTION TO STAY ACTION PENDING ARBITRATION

Defendant Tellme Networks, Inc. ("Tellme") moves to stay this action pending an arbitration between the parties. The grounds for this motion are set forth in Tellme's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Defendant Tellme Networks, Inc.

OF COUNSEL:

Morgan Chu
Jonathan S. Kagan
Iian D. Jablon
IRELL & MANELLA LLP
1800 Avenue of the Stars
Los Angeles, CA 90067
(310) 277-1010

March 31, 2006

## RULE 7.1.1 CERTIFICATE

I hereby certify that counsel for defendant has discussed the subject of the foregoing motion with counsel for plaintiffs, and the parties have not been able to reach agreement on the issues raised in the motion.

_____
Rodger D. Smith II

March 31, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2006, I caused to be electronically filed Defendant Tellme Networks, Inc.'s Motion to Stay Action Pending Arbitration with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell
>Richards, Layton & Finger

I also certify that copies were caused to be served on March 31, 2006, upon the following in the manner indicated:

### BY HAND

>Frederick L. Cottrell
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

### BY FEDERAL EXPRESS

>Mark A. Samuels
>O'Melveny & Meyers LLP
>400 South Hope Street
>Los Angeles, CA 90071

_____
Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com