IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS INC.,<br>and PHONETIC SYSTEMS LTD.,<br><br>   Plaintiffs,<br><br>v.<br><br>TELLME NETWORKS, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-105-SLR<br>)<br>)<br>)<br>) |

## DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), defendant Tellme Networks, Inc. states that no publicly traded corporation owns more than 10% of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
Wilmington, Delaware  19801
(302) 658-9200
  Attorneys for Defendant Tellme Networks, Inc.

OF COUNSEL:

Morgan Chu
Jonathan S. Kagan
Iian D. Jablon
IRELL & MANELLA LLP
1800 Avenue of the Stars
Los Angeles, CA  90067
(310) 277-1010

March 31, 2006

514123

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 31, 2006, I caused to be electronically filed Defendant's Rule 7.1 Statement with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell
>Richards, Layton & Finger

I also certify that copies were caused to be served on March 31, 2006, upon the following in the manner indicated:

>**BY HAND**
>
>Frederick L. Cottrell
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE  19899
>
>**BY FEDERAL EXPRESS**
>
>Mark A. Samuels
>O'Melveny & Meyers LLP
>400 South Hope Street
>Los Angeles, CA  90071

>*/s/ Rodger D. Smith II*
>
>Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347
>(302) 658-9200
>rsmith@mnat.com