IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC. and PHONETIC SYSTEMS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TELLME NETWORKS, INC., <br><br> Defendant. | C.A. No. 06-105-SLR |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that Plaintiffs Nuance Communications, Inc.'s and Phonetic Systems Ltd.'s ("Plaintiffs") time to respond to Defendant Tellme Networks, Inc.'s ("Defendant") Motion to Stay Action Pending Arbitration (the "Motion") shall be and hereby is extended through and including April 21, 2006. It is further stipulated and agreed, subject to order of the Court, that Defendant's time to respond to Plaintiffs' response to the Motion shall be and hereby is extended through and including May 3, 2006.

| | |
|---|---|
| _____ <br> Frederick L. Cottrell III (#2555) <br> Gregory E. Stuhlman (#4765) <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> P.O. Box 551 <br> Wilmington, Delaware 19899 <br> (302) 651-7700 <br> cottrell@rlf.com <br> stuhlman@rlf.com <br> *Attorneys for Plaintiffs* | /s/ Rodger D. Smith, II <br> Jack B. Blumenfeld (#1014) <br> Rodger D. Smith, II (#3778) <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 N. Market Street <br> (302) 658-9200 <br> Wilmington, DE 19801 <br> jblumenfeld@mnat.com <br> rsmith@mnat.com <br> *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson