IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TELLME NETWORKS, INC., a Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-105-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant to serve its Reply Brief in support of its Motion to Stay Action Pending Arbitration (D.I. 8) is extended until May 15, 2006.

| RICHARDS LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Frederick L. Cottrell, III | /s/ Rodger D. Smith II |
| Frederick L. Cottrell, III (#2555) | Jack B. Blumenfeld (#1014) |
| Gregory E. Stuhlman (#4765) | Rodger D. Smith II (#3778) |
| One Rodney Square | 1201 N. Market Street |
| 920 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-200 |
| *Attorneys for Plaintiffs Nuance Communications, Inc. and Phonetic Systems Ltd.* | *Attorneys for Defendant Tellme Networks, Inc.* |

SO ORDERED this ____ day of May 2006.

_____
United States District Court Judge