UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS INC., PHONETIC SYSTEMS LTD.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TELLME NETWORKS, INC.,<br><br>    Defendant. | C.A. No. 06-105-SLR |

**DECLARATION OF IIAN D. JABLON
IN SUPPORT OF DEFENDANT TELLME NETWORKS, INC.'S
<u>MOTION TO STAY ACTION PENDING ARBITRATION</u>**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Defendant Tellme Networks, Inc.

## **DECLARATION OF IIAN D. JABLON**

I, Iian D. Jablon, declare as follows:

1.　I am an attorney at Irell & Manella LLP, outside counsel for Tellme Networks, Inc. ("Tellme") in connection with this patent infringement action filed against Tellme by Nuance Communications, Inc. and Phonetic Systems, Ltd. (collectively, "Nuance") and the related arbitration involving Tellme and Nuance Communications USA, Inc. ("Nuance USA"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I make this declaration in support of Tellme's "Motion to Stay Action Pending Arbitration."

2.　On March 22, 2006, I participated in a telephone conference with Nuance USA's outside counsel (the same firm which also represents Nuance in this patent infringement action) and a representative of the American Arbitration Association ("AAA," which is administering the arbitration between Tellme and Nuance USA). During that call, counsel for both parties tentatively discussed proceeding with the arbitration hearing in Fall of 2006. Since that time, counsel for both parties have been working cooperatively with AAA to select an arbitration panel. There have been no discussions between the parties about a substantial continuance of the hearing date, and it is presently my expectation that the arbitration proceeding will be completed by late 2006 or early 2007. Tellme has not taken any steps whatsoever to hamper the progress of the arbitration proceeding.

Executed on May 12, 2006, at Los Angeles, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Iian D. Jablon

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 15, 2006, I caused to be electronically filed the Declaration Of Iian D. Jablon In Support Of Defendant Tellme Networks, Inc.'s Motion To Stay Action Pending Arbitration with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell
>Richards, Layton & Finger

I also certify that copies were caused to be served on May 15, 2006, upon the following in the manner indicated:

### BY HAND

>Frederick L. Cottrell
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

### BY FEDERAL EXPRESS

>Mark A. Samuels
>O'Melveny & Meyers LLP
>400 South Hope Street
>Los Angeles, CA 90071

>/s/ Rodger D. Smith II
>Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>rsmith@mnat.com