IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>TELLME NETWORKS, INC., a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 06-105-SLR |

## PLAINTIFFS NUANCE COMMUNICATIONS, INC. AND PHONETIC SYSTEMS LTD.'S REQUEST FOR ORAL ARGUMENT

On March 31, 2006, Defendant Tellme Networks, Inc. ("Defendant") filed a Motion to Stay Action Pending Arbitration ("Motion") and opening brief in support thereof. (D.I. 8 and D.I. 9). On April 28, 2006, Plaintiffs filed their answering brief in opposition. (D.I. 17). With the filing of Defendant's reply brief on March 15, 2006, the parties have completed briefing on the Motion. (D.I. 23). Accordingly, pursuant to Delaware District Court Local Rule 7.1.4, Plaintiffs respectfully request that oral argument be scheduled on the Motion at the Court's convenience.

|  |  |
|---|---|
| OF COUNSEL:<br>Mark A. Samuels (S.B. #107026)<br>Mark C. Scarsi (S.B. #183926)<br>Jeffrey A. Fehervari (S.B. #181124)<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br><br>Dated: March 18, 2006 | /s/<br>Frederick L. Cottrell, III (#2555)<br>Gregory E. Stuhlman (#4765)<br>Richards, Layton & Finger PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>cottrell@rlf.com<br>stuhlman@rlf.com<br>Attorneys for Plaintiffs Nuance Communications, Inc. and Phonetic Systems Ltd. |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899-1347

I hereby certify that on May 18, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

**VIA U.S. MAIL**

Morgan Chu, Esquire
Jonathan S. Kagan
Iian Jablon
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067

Gregory E. Stuhlman (#4765)
stuhlman@rlf.com