IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC. and PHONETIC SYSTEMS LTD., </br></br>          Plaintiffs,</br></br>     v.</br></br>TELLME NETWORKS, INC.,</br></br>          Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>) Civ. No. 06-105-SLR</br>)</br>)</br>)</br>) |

**O R D E R**

At Wilmington this 7th day of November, 2006, having reviewed defendant's motion to stay action pending arbitration (D.I. 8), and plaintiffs' motion for a Rule 16 scheduling conference (D.I. 28);

IT IS ORDERED that oral argument on defendant's motion to stay shall be conducted on **Tuesday, November 28, 2006** commencing at 2:30 p.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The parties shall be prepared as well to discuss scheduling issues, thereby mooting plaintiffs' motion for a scheduling conference.

                                                 _____
                                                 United States District Judge