IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation,<br><br>                    Plaintiffs,<br><br>                    vs.<br><br>TELLME NETWORKS, INC., a Delaware corporation,<br><br>                    Defendant. | Civil Action No. 06-105-SLR |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Jeffrey A. Fehervari ( admitted *Pro Hac Vice*) of O'Melveny & Myers LLP hereby withdraws his appearance in this action for plaintiffs, Nuance Communications, Inc. and Phonetic Systems Ltd.

OF COUNSEL:
Mark A. Samuels (S.B. #107026)
Mark C. Scarsi (S.B. #183926)
Jeffrey A. Fehervari (S.B. #181124)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407


Dated: January 19, 2007

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
Gregory E. Stuhlman (#4765)
Richards, Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
cottrell@rlf.com
stuhlman@rlf.com
Attorneys for Plaintiffs Nuance
Communications, Inc. and Phonetic
Systems Ltd.

RLF1-3106128-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

VIA HAND DELIVERY

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE   19899-1347

I hereby certify that on January 19, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

VIA FEDERAL EXPRESS

Morgan Chu, Esquire
Jonathan S. Kagan
Iian Jablon
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA   90067

Gregory E. Stuhlman (#4765)
stuhlman@rlf.com