IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS INC., and PHONETIC SYSTEMS LTD., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-105-SLR ) |
| TELLME NETWORKS, INC., | ) ) |
| Defendant. | ) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendant and Counterclaimant Tellme Networks, Inc.'s First Set Of Requests For Production To Plaintiffs Nuance Communications, Inc. And Phonetic Systems Ltd. were caused to be served on January 23, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND**

Frederick L. Cottrell
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY EMAIL**

Mark A. Samuels
O'Melveny & Meyers LLP
400 South Hope Street
Los Angeles, CA  90071

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Rodger D. Smith II*

                _____
                Jack B. Blumenfeld (#1014)
                Rodger D. Smith II (#3778)
                1201 N. Market Street
                Wilmington, DE  19899-1347
                (302) 658-9200
                rsmith@mnat.com
                  Attorneys for Defendant Tellme Networks, Inc.

OF COUNSEL:

Morgan Chu
Jonathan S. Kagan
Iian D. Jablon
IRELL & MANELLA LLP
1800 Avenue of the Stars
Los Angeles, CA  90067
(310) 277-1010

January 23, 2007

699295

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23, 2007, I caused to be electronically filed the foregoing Notice Of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell
> Richards, Layton & Finger

I also certify that copies were caused to be served on January 23, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND**

> Frederick L. Cottrell
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE  19899

**BY EMAIL**

> Mark A. Samuels
> O'Melveny & Meyers LLP
> 400 South Hope Street
> Los Angeles, CA  90071

>         */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> (302) 658-9200
> rsmith@mnat.com