## E-Mail Request for Emergency Relief

1  Case Number:               06 -cv- 105   -SLR

2  Check the box that applies:

✓   Requesting a teleconference with the parties and the court
    Requesting an in-person conference with the parties and the court
    Requesting either of the above listed options at the court's determination

3  BRIEFLY describe the reason for this **emergency** request.

During a hearing on December 20, 2006, the Court allowed document discovery to
go forward with a completion date of May 8, 2007 and scheduled a follow-up
status/scheduling conference for May 15  While Tellme appears to be cooperating in
document production, Tellme refuses to exchange Rule 26 initial disclosures and to
participate in a Rule 26(f) conference until late April  Nuance believes that timely
initial disclosures and a Rule 26(f) conference would facilitate efficient document
production by allowing the parties to reach agreement on issues such as a protective
order and e-discovery  Thus, Nuance respectfully asks the Court to order the parties
to serve their initial disclosures and hold a Rule 26(f) conference on or before
January 31, 2007  Of course, if Your Honor would rather have a teleconference to
discuss these matters, Nuance is available at the Court's convenience.

*Any text added beyond the limits of this space will be disregarded by the court

4  Name of opposing counsel contacted about this request: Jack B. Blumenfeld

5  Response of opposing counsel to this request.

6  Name of local counsel making this request. Gregory E. Stuhlman (#4765)

7  Today's Date: January 22, 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

For court use only.
☐   A teleconference will be held on                              to be coordinated and
    initiated by

☐   An in-person discovery conference will be held on

☑   Other.  So long as Tellme confers about protective order and e-discovery
    issues, as represented by counsel, the court declines to order the
    parties to conduct a full-blown Rule 26 (f) conference, in light
    of the approach the court is taking in this case and until
    the arbitral decision has been rendered.

**Opposing Counsel's Response to E-Mail Request for Emergency Relief**

1. Case Number:                    06 -cv- 105  -SLR

2. BRIEFLY state your response to the **emergency** request made by opposing counsel:

   At the December 20, 2006 hearing, the Court decided to take "baby steps" to "take
   this [case] up to document production . . . and then . . . meet with you again . . . to
   see where you are in terms of the [April] arbitration and see . . . what the next step
   should be" (at 45).  The Court scheduled a status conference for May 15, 2007.
   Tellme will be prepared to meet and confer with Nuance about protective order and
   document production issues, including e-discovery, after each side has provided
   written responses to document requests (in February or early March).  Nuance's
   "emergency" request to open discovery further by requiring the parties to hold a Rule
   26(f) conference is a rehash of earlier arguments, and should be denied at this time.
   Tellme will be prepared to hold a Rule 26(f) conference in advance of the May 15
   conference, after certain key issues have been resolved in the arbitration.

   _____

   *Any text added to beyond the limits of this space will be disregarded by the court.

3. Name of local counsel submitting this response: Rodger D. Smith II

4. Today's Date: January 23, 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*