IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TELLME NETWORKS, INC., a Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 06-105-SLR<br>)<br>)<br>)  **Jury Trial Demanded**<br>)<br>) |

## NOTICE OF SERVICE

IT IS HEREBY CERTIFIED that on February 8, 2007 Plaintiff Nuance Communications, Inc.'s and Phonetic Systems Ltd.'s Second Set of Requests For Production To Tellme were served upon the below-named counsel of record in the manner indicated:

**HAND DELIVERY**

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

**FEDERAL EXPRESS**

Morgan Chu
Jonathan S. Kagan
Iian Jablon
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067

|  |  |
|---|---|
| OF COUNSEL: | *(signature)*<br>Frederick L. Cottrell, III (# 2555)<br>Cottrell@rlf.com<br>Gregory E. Stuhlman (# 4756)<br>Stuhlman@rlf.com<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Tel: (302) 651-7700<br><br>*Attorneys for Nuance Communications, Inc. and Phonetic Systems Ltd.* |
| Dale M. Cendali<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY  10036<br><br>Mark A. Samuels<br>Mark C. Scarsi<br>Jeffrey A. Fehervari<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA  90071-2899<br><br>Dated:  February 8, 2007 |  |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899-1347

I hereby certify that on February 8, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**VIA FEDERAL EXPRESS**

Morgan Chu, Esquire
Jonathan S. Kagan
Iian Jablon
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA  90067

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com

RLF1-3100495-1