IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS INC., and PHONETIC SYSTEMS LTD., | ) ) ) |
| Plaintiffs, | ) )  C.A. No. 06-105 (SLR) |
| v. | ) ) ) |
| TELLME NETWORKS, INC., | ) ) |
| Defendant. | ) ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendant And Counterclaimant Tellme Networks, Inc.'s Responses To Nuance Communications, Inc. And Phonetic Systems Ltd.'s First Set Of Requests For Production were caused to be served on February 12, 2007, upon the following in the manner indicated:

**BY HAND & BY E-MAIL**

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801
cottrell@rlf.com

**BY E-MAIL**

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071-2899
msamuels@omm.com

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorneys for Defendant and Counterclaimant*
  *Tellme Networks, Inc.*

OF COUNSEL:

Morgan Chu
Jonathan S. Kagan
Iian D. Jablon
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010

February 12, 2007
738571.1

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on February 12, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> RICHARDS, LAYTON & FINGER

and that on February 12, 2007, I caused copies to be served upon the following in the manner indicated:

**BY HAND & BY E-MAIL**

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com

**BY E-MAIL**

Mark A. Samuels
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
msamuels@omm.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com