IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TELLME NETWORKS, INC., a Delaware corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 06-105-SLR<br>)<br>)  **Jury Trial Demanded**<br>)<br>) |

## NOTICE OF SERVICE

IT IS HEREBY CERTIFIED that on February 22, 2007 Plaintiffs and Counterclaim-Defendants Nuance Communications, Inc.'s and Phonetic Systems Ltd.'s Responses and Objections to Defendant and Counterclaimant's First Set of Requests for Production were served upon the below-named counsel of record in the manner indicated:

**HAND DELIVERY**

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht &
Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

**FEDERAL EXPRESS**

Morgan Chu
Jonathan S. Kagan
Iian Jablon
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA 90067

RLF1-3100492-1

|  |  |
|---|---|
| OF COUNSEL: | /s/ Frederick L. Cottrell, III |
|  | Frederick L. Cottrell, III (# 2555) |
|  | Cottrell@rlf.com |
| Dale M. Cendali | Gregory E. Stuhlman (# 4756) |
| O'Melveny & Myers LLP | Stuhlman@rlf.com |
| Times Square Tower | RICHARDS, LAYTON & FINGER |
| 7 Times Square | One Rodney Square |
| New York, NY 10036 | P.O. Box 551 |
|  | Wilmington, DE 19899 |
|  | Tel: (302) 651-7700 |
| Mark A. Samuels |  |
| Mark C. Scarsi | *Attorneys for Nuance Communications, Inc.* |
| Jeffrey A. Fehervari | *and Phonetic Systems Ltd.* |
| O'Melveny & Myers LLP |  |
| 400 South Hope Street |  |
| Los Angeles, CA 90071-2899 |  |

Dated: February 22, 2007

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899-1347

I hereby certify that on February 22, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**VIA FEDERAL EXPRESS**

Morgan Chu, Esquire
Jonathan S. Kagan
Iian Jablon
Irell & Manella LLP
1800 Avenue of the Stars
Los Angeles, CA  90067

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com