IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS INC., and PHONETIC SYSTEMS LTD., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-105 (SLR) |
| v. | ) ) ) | |
| TELLME NETWORKS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Defendant And Counterclaimant Tellme Networks, Inc.'s Responses To Nuance Communications, Inc. And Phonetic Systems Ltd.'s Second Set Of Requests For Production were caused to be served on March 12, 2007, upon the following in the manner indicated:

**BY HAND & BY E-MAIL**

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com

**BY E-MAIL**

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899
msamuels@omm.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorneys for Defendant and Counterclaimant*
  *Tellme Networks, Inc.*

OF COUNSEL:

Morgan Chu
Jonathan S. Kagan
Iian D. Jablon
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010

March 12, 2007
738571.1

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on March 12, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> RICHARDS, LAYTON & FINGER

and that on March 12, 2007, I caused copies to be served upon the following in the manner indicated:

### BY HAND & BY E-MAIL

> Frederick L. Cottrell, III
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> Wilmington, DE 19801
> cottrell@rlf.com

### BY E-MAIL

> Mark A. Samuels
> O'MELVENY & MYERS LLP
> 400 South Hope Street
> Los Angeles, CA 90071-2899
> msamuels@omm.com

/s/ *Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com