IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS INC., and PHONETIC SYSTEMS LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-105-SLR |
| TELLME NETWORKS, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Irell & Manella LLP hereby withdraws its appearance on behalf of defendant Tellme Networks, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Rodger D. Smith II*

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
   Attorneys for Defendant Tellme Networks, Inc.

April 30, 2007

814148

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 30, 2007, I caused to be electronically filed the foregoing Notice Of Withdrawal Of Counsel with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell
> Richards, Layton & Finger, P.A.

I also certify that copies were caused to be served on April 30, 2007, upon the following in the manner indicated:

### BY EMAIL

> Frederick L. Cottrell
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
>
> Mark A. Samuels
> O'Melveny & Meyers LLP
> 400 South Hope Street
> Los Angeles, CA 90071

                                  /s/ Rodger D. Smith II
                               Rodger D. Smith II (#3778)
                               Morris, Nichols, Arsht & Tunnell LLP
                               1201 N. Market Street
                               P.O. Box 1347
                               Wilmington, DE 19899-1347
                               (302) 658-9200
                               rsmith@mnat.com