IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS, INC., and PHONETIC SYSTEMS LTD., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 06-105-SLR |
| TELLME NETWORKS, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Morris Nichols Arsht & Tunnell LLP hereby withdraws its appearance, and Ashby & Geddes hereby enters its appearance, as Delaware counsel to the defendant, Tellme Networks, Inc., in the above action.

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (I.D. #1014)
Rodger D. Smith II (I.D. #3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-658-9200

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

Dated: May 15, 2007
180552.1