IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation,<br><br>  Plaintiffs,<br><br>vs.<br><br>TELLME NETWORKS, INC., a Delaware corporation,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 06-105-SLR<br>)<br>)  **Jury Trial Demanded**<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Steven J. Fineman of Richards, Layton & Finger is substituted for Gregory E. Stuhlman of Richards, Layton & Finger as counsel for Plaintiffs Nuance Communications, Inc. and Phonetic Systems Ltd. Frederick L. Cottrell, III and Richards, Layton & Finger continue to represent Plaintiffs Nuance Communications, Inc. and Phonetic Systems Ltd. in this matter.

OF COUNSEL:
Dale M. Cendali
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036

Mark A. Samuels
Mark C. Scarsi
Jeffrey A. Fehervari
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071-2899

Dated: May 18, 2007

Frederick L. Cottrell, III (# 2555)
Cottrell@rlf.com
Gregory E. Stuhlman (# 4756)
Stuhlman@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Tel: (302) 651-7700

*Attorneys for Nuance Communications, Inc. and Phonetic Systems Ltd.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19899

I hereby certify that on May 18, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**VIA FEDERAL EXPRESS**

Eugene M. Gelernter, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com