IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS INC. and PHONETIC SYSTEMS LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 06-105-SLR |
| TELLME NETWORKS INC., | ) ) | |
| Defendant. | ) ) | |

**ORDER FOR SCHEDULING CONFERENCE**

At Wilmington this 22d day of May, 2007,

IT IS ORDERED that:

1. A telephonic scheduling conference to be initiated by plaintiff's counsel shall be held on **Tuesday, June 5, 2007, at 8:00 a.m.** See D. Del. LR 16.2.

2. Prior to the teleconference scheduled herein, counsel shall confer pursuant to Fed. R. Civ. P. 26(f) and shall submit a discovery plan to the undersigned not later than 24 hours prior to the conference with the court. The discovery plan shall conform to the form of scheduling order found on Chief Judge Robinson's website at www.ded.uscourts.gov.

3. At the teleconference with the court, all parties shall be represented by counsel who shall have full authority to bind their clients in all pretrial matters.

      4. Counsel are further advised that communications to the court by FAX will not be accepted.

                                                                            */s/*
                                              United States District Judge