IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS, INC. and PHONETIC SYSTEMS LTD., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-105-SLR |
| v. | ) ) | |
| TELLME NETWORKS, INC., | ) ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Steven A. Zalesin, Eugene M. Gelernter, Peter Emmi, Scott B. Howard, and Chad J. Peterman to represent Tellme Networks, Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $125.00 is included to cover the annual fee for the attorneys listed above.

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D.#2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: 302-654-1888
Fax: 302-654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Tellme Networks, Inc.*

Dated: May 23, 2007
180842.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC. and PHONETIC SYSTEMS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TELLME NETWORKS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-105-SLR |

## ORDER

This _____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of Steven A. Zalesin, Eugene M. Gelernter, Peter Emmi, Scott B. Howard, and Chad J. Peterman to represent Tellme Networks, Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Steven A. Zalesin
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
212-336-2000

Dated: New York, New York
       May __, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Eugene M. Gelernter
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
212-336-2000

Dated: New York, New York
May 22, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Peter Emmi
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
212-336-2000

Dated: New York, New York
      May 21, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Scott B. Howard
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
212-336-2000

Dated: New York, New York
       May 24, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Chad J. Peterman
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
212-336-2000

Dated: New York, New York
May 22, 2007