**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| TELLME NETWORKS, INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) |

C. A. No. 06-105-SLR

**Jury Trial Demanded**

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Steven A. Rosenstein of O'Melveny & Myers LLP, Times Square Tower, 7

Times Square, New York, New York 10036 to represent Plaintiffs Nuance Communications, Inc.

and Phonetic Systems Ltd. in this matter.

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys      for      Plaintiffs      Nuance
Communications, Inc and Phonetic Systems
Ltd.

Dated: June 4, 2007

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Steven A. Rosenstein
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York  10036
Telephone: (212) 326-2000

DATE:  June 4, 2007

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2007, I electronically filed the foregoing with the Clerk of

Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

> **BY HAND DELIVERY**
> Steven J. Balick, Esquire
> Ashby & Geddes
> 500 Delaware Avenue
> P. O. Box 1150
> Wilmington, DE   19899

I hereby certify that on June 4, 2007, the foregoing document was sent to the following

non-registered participants in the manner indicated:

> **BY FEDERAL EXPRESS**
> Eugene M. Gelernter, Esquire
> Patterson Belknap Webb & Tyler LLP
> 1133 Avenue of the Americas
> New York, NY   10036

Steven J. Fineman (#4025)
fineman@rlf.com