IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation,<br><br>                              Plaintiffs,<br><br>vs.<br><br>TELLME NETWORKS, INC., a Delaware corporation,<br><br>                              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 06-105-SLR<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Nuance Communications, Inc.'s and Phonetic Systems Ltd.'s First Set of Interrogatories to Tellme Networks, Inc. were caused to be served on June 6, 2007 in the manner indicated:

**HAND DELIVERY**

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

**FEDERAL EXPRESS**

Eugene M. Gelernter
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

RLF1-3100492-1

OF COUNSEL:

Dale M. Cendali
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036

Mark A. Samuels
Mark C. Scarsi
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071-2899

Dated: June 6, 2007

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (# 2555)
Cottrell@rlf.com
Steven J. Fineman (# 4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Nuance Communications, Inc.
and Phonetic Systems Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19899

I hereby certify that on June 6, 2007, the foregoing document was sent to the following non-registered participant in the manner indicated:

**VIA FEDERAL EXPRESS**

Eugene M. Gelernter, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
fineman@rlf.com