IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC. and PHONETIC SYSTEMS LTD., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 06-105-SLR<br>)<br>) |
| TELLME NETWORKS, INC., | )<br>) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 22nd day of June, 2007, **DEFENDANT TELLME NETWORKS, INC.'S INITIAL DISCLOSURES** was served upon the following counsel of record at the address and in the manner indicated:

Frederick L. Cottrell, III Esquire                    HAND DELIVERY
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Dale M. Cendali, Esquire                              VIA ELECTRONIC MAIL
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Mark C. Scarsi, Esquire                               VIA ELECTRONIC MAIL
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants*

*Of Counsel:*

Eugene M. Gelernter, Esq.
Steven A. Zalesin, Esq.
Peter Emmi, Esq.
Scott B. Howard, Esq.
Chad J. Peterman, Esq.
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Dated: June 22, 2007
181715.1