IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC. and PHONETIC SYSTEMS LTD., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-105-SLR ) |
| TELLME NETWORKS, INC., | ) ) |
| Defendant. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant shall respond to plaintiffs' first set of interrogatories in the above action is extended through and including July 20, 2007.

RICHARDS, LAYTON & FINGER

*/s/ Steven J. Fineman*
_____
Frederick L. Cottrell (I.D. #2555)
Steven J. Fineman (I.D. #4025)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
*Attorneys for Plaintiffs*

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

182091.1