IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS INC. and PHONETIC SYSTEMS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TELLME NETWORKS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-105-SLR |
| TELLME NETWORKS, INC., <br><br> Counterclaimant, <br><br> v. <br><br> NUANCE COMMUNICATIONS, INC. and PHONETIC SYSTEMS LTD., <br><br> Counterclaim-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs and Counterclaim-Defendants' First Amended Responses and Objections to Defendant and Counterclaimant's First Set of Requests for Production were caused to be served on July 17, 2007 in the manner indicated:

**BY HAND DELIVERY**
Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

| | |
|---|---|
| OF COUNSEL:<br><br>Dale M. Cendali<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br><br>Mark A. Samuels<br>Mark C. Scarsi<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>(213) 430-6000<br><br>Dated: July 17, 2007 | /s/<br>Frederick L. Cottrell, III (# 2555)<br>cottrell@rlf.com<br>Steven J. Fineman (# 4025)<br>fineman@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Attorneys for Plaintiffs and Counterclaim-Defendants Nuance Communications, Inc. and Phonetic Systems Ltd. |

RLFI-3179128-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND DELIVERY**
Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
P. O. Box 1150
Wilmington, DE   19899

Steven J. Fineman (#4025)
fineman@rlf.com