IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | C. A. No. 06-105-SLR |
| TELLME NETWORKS, INC., a Delaware corporation, | )<br>)<br>) | **Jury Trial Demanded** |
| Defendant. | )<br>) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Nicholas J. Whilt of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071-2899 to represent Plaintiffs Nuance Communications, Inc. and Phonetic Systems Ltd. in this matter.

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiffs Nuance Communications, Inc and Phonetic Systems Ltd.

Dated: July, 25, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                United States District Judge

RLF1-3181422-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Nicholas J. Whilt
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899

DATE: July 24, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

BY HAND DELIVERY
Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue
P. O. Box 1150
Wilmington, DE   19899

I hereby certify that on July 25, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

BY FEDERAL EXPRESS
Eugene M. Gelernter, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY   10036

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3181422-1