IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC. and PHONETIC SYSTEMS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TELLME NETWORKS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-105-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of August, 2007, **DEFENDANT-COUNTERCLAIMANT'S SECOND SET OF INTERROGATORIES TO PLAINTIFF-COUNTERCLAIM DEFENDANTS (No. 12)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | HAND DELIVERY |
| Dale M. Cendali, Esquire<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036 | VIA ELECTRONIC MAIL |
| Mark C. Scarsi, Esquire<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899 | VIA ELECTRONIC MAIL |

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant/Counterclaim Plaintiff Tellme Networks, Inc.*

*Of Counsel:*

Eugene M. Gelernter
Steven A. Zalesin
Peter Emmi
Scott B. Howard
Chad J. Peterman
Catherine Williams
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Dated: August 21, 2007
181715.1