IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
:
NUANCE COMMUNICATIONS INC.
and PHONETIC SYSTEMS LTD.,          :
            *Plaintiffs*,
:   C.A. No. 06-105-SLR
- against -
:
TELLME NETWORKS, INC.,              :   **STIPULATION AND ORDER**
            *Defendant*.   :   **EXTENDING TIME**

------------------------------------x

IT IS HEREBY STIPULATED AND AGREED that the time for defendant to move to disqualify Dr. Richard Stern from serving as an expert or consultant for plaintiffs in this case, pursuant to Section 2 of the Protective Order (D.I. 43), is hereby extended from August 23 to August 28, 2007, and that the answering brief and reply brief on that motion will be due on September 12 and September 18, 2007, respectively.

RICHARDS, LAYTON & FINGER, P.A.          ASHBY & GEDDES

*/s/ Steven J. Fineman*                  */s/ Lauren E. Maguire*

Frederick L. Cottrell, III (#2555)       Steven J. Balick (#2114)
Cottrell@rlf.com                          sbalick@ashby-geddes.com
Steven J. Fineman (#4025)                 John G. Day (#2403)
Fineman@rlf.com                           jday@ashby-geddes.com
One Rodney Square                         Lauren E. Maguire (#4261)
Wilmington, DE 19899                      lmaguire@ashby-geddes.com
(302) 651-7700                            500 Delaware Avenue
*Attorneys for Plaintiffs Nuance*         Wilmington, DE 19899
*Communications, Inc. and*                (302) 654-1888
*Phonetic Systems, Ltd.*                  *Attorneys for Defendant*
                                          *Tellme Networks, Inc.*

SO ORDERED:

_____            Dated: _____, 2007
Judge Sue L. Robinson