# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation,<br><br>                Plaintiffs,<br><br>      vs.<br><br>TELLME NETWORKS, INC., a Delaware corporation,<br><br>                Defendant. | C. A. No. 06-105-SLR<br><br>**Jury Trial Demanded** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that paragraph 2(b)(1) of the Scheduling Order entered on June 20, 2007 ("Scheduling Order") (D.I. 55) is amended by replacing the former text with the following:

Document production shall be completed on or before September 20, 2007.

All other dates set forth in the Scheduling Order shall remain the same.

/s/ Steven J. Fineman
Frederick L. Cottrell III (#2555)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com
  *Attorneys for Plaintiffs*

/s/ John G. Day
John G. Day (#2403)
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
  *Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

RLF1-3196386-1