IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation,<br><br>                Plaintiffs,<br><br>vs.<br><br>TELLME NETWORKS, INC., a Delaware corporation,<br><br>                Defendant. | C. A. No. 06-105-SLR<br><br>**Jury Trial Demanded** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the Scheduling Order entered on June 20, 2007 ("Scheduling Order") (D.I. 55) is amended as follows:

(i) Paragraph 2(b)(1) is amended to replace the former text with the following: Document production shall be completed on or before October 4, 2007; and

(ii) Paragraph 2(e) is amended to replace the former text with the following: Supplementations under Rule 26(e) due October 15, 2007 and January 15, 2008.

All other dates set forth in the Scheduling Order shall remain the same.

| | |
|---|---|
| /s/ Steven J. Fineman | /s/ Lauren E. Maguire |
| Frederick L. Cottrell III (#2555)<br>Steven J. Fineman (#4025)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>fineman@rlf.com<br>*Attorneys for Plaintiffs* | Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Lauren E. Maguire (#4261)<br>Ashby & Geddes<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>*Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge