IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC. and PHONETIC SYSTEMS LTD., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TELLME NETWORKS, INC., )<br>)<br>Defendant. ) | <br><br><br><br><br>C.A. No. 06-105-SLR |

**STIPULATED ORDER**

WHEREAS, the parties in the above action have been engaged in settlement negotiations and are hopeful that they will succeed in resolving their disputes without further involvement of the Court; and

WHEREAS, the parties are concerned that their simultaneous engagement in adversarial proceedings will be counterproductive to the settlement process and may impede their progress in attempting to finalize an amicable resolution of this litigation; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

(i) This action, including all deadlines set forth in the Scheduling Order, shall be stayed through and including May 19, 2008, so as to allow the parties to continue their settlement discussions.

(ii) On or before May 19, 2008, the parties shall either file a stipulation of dismissal or submit to the Court an amended scheduling order which shall include proposed new case deadlines, including a new trial date.

{00203221;v1}

| RICHARDS, LAYTON & FINGER | ASHBY & GEDDES |
|---|---|
| */s/ Steven J. Fineman* | */s/ Lauren E. Maguire* |
| Frederick L. Cottrell (I.D. #2555)<br>Steven J. Fineman (I.D. #4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>302-651-7700<br>cottrell@rlf.com<br>fineman@rlf.com | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _______ day of _____________________________, 2008.

_________________________________
United States District Judge