IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., a Delaware corporation, and PHONETIC SYSTEMS LTD., an Israeli corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TELLME NETWORKS, INC., a Delaware corporation,<br><br>Defendant. | C. A. No. 06-105-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiffs' Disclosure of Claim Terms To Be Construed were caused to be served on April 17, 2009 in the manner indicated:

**HAND DELIVERY**

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

**ELECTRONIC MAIL**

Chad J. Peterman
Peter A. Emmi
Patterson Belknap Webb &
Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

RLF1-3169437-1

| | |
|---|---|
| OF COUNSEL: | /s/ Steven J. Fineman<br>Frederick L. Cottrell, III (# 2555)<br>Cottrell@rlf.com<br>Steven J. Fineman (# 4025) |
| Theodore Stevenson, III<br>Luke F. McLeroy<br>Jason Cassady<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>(214) 978-4000 | fineman@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br><br>*Attorneys for Nuance Communications, Inc. and Phonetic Systems Ltd.* |

Dated: April 17, 2009

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2009, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND DELIVERY**
Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899

I hereby certify that on April 17, 2009, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**
Chad J. Peterman, Esquire
Peter A. Emmi, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
fineman@rlf.com