IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS INC. and PHONETIC SYSTEMS LTD., <br><br> Plaintiff, <br><br> v. <br><br> TELLME NETWORKS INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civ. No. 06-105-SLR ) ) ) ) ) |

## ORDER

At Wilmington this 20th day of April 2010, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Tellme's motion for summary judgment of noninfringement of the '088 patent (D.I. 141) is granted in part, to wit:

    a. Tellme's motion is granted as to Nuance's allegations that Tellme directly infringed, or contributed to the direct infringement of, the '088 patent.

    b. Tellme's motion is denied as to Nuance's allegations that Tellme induced infringement of the '088 patent.

2. Tellme's motion for summary judgment of the invalidity of the '088 patent (D.I. 139) is granted, to wit:

    a. The Hitachi patent anticipates claims 1, 2 and 4 of the '088 patent.

    b. The Hitachi patent renders claims 3 and 5 of the '088 patent obvious.

      3. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiffs.

                                                                               _____
                                                                               United States District Judge