IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC. and PHONETIC SYSTEMS LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 06-105-SLR ) |
| TELLME NETWORKS INC., | ) ) |
| Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of April 20, 2010;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Tellme Networks, Inc. and against plaintiffs Nuance Communications, Inc. and Phonetic Systems Ltd.

_____
United States District Judge

Dated: 4/22/2010

_____
(By) Deputy Clerk